Print Form



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL J. TURK, **Plaintiff,**

v.

WESTERN DENTAL SERVICES, INC., **Defendant.**

Civil No. 3:18-cv-02704-JLS-LL

## PRO HAC VICE APPLICATION

MICHAEL J. TURK
Party Represented

I, __Nathan C. Volheim__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Sulaiman Law Group, Ltd.
Street address: 2500 South Highland Avenue, Suite 200
City, State, ZIP: Lombard, Illinois 60148
Phone number: (630) 575-8181
Email: nvolheim@sulaimanlaw.com

That on __5/6/2010__ (Date) I was admitted to practice before __State Bar of Illinois__ (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [x] have) [ ] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case: Forest and Brittney Murray v. Systematic National Collections, Inc.
Case Number: 3:18-cv-02696-GPC-BGS       Date of Application: 11/29/2018
Application: [ ] Granted   [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Nicholas M. Wajda (Name)             (310) 997-0471 (Telephone)
Wajda Law Group, APC (Firm)
11400 W. Olympic Blvd, Suite 200M (Street)   Los Angeles (City)   90064 (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)